ROSE SCIACCA, ET AL. v. INEZ E. GUNN, ET AL.

October 11, 1988.

Petition for certification denied.

ANTHONY DANZI v. CLARIDGE ASSOCIATES, ET AL.

October 11, 1988.

Petition for certification denied.

NORBERT F. WALL v. JOSEPH MODICA, ET AL.

October 11, 1988.

Petition for certification denied.

JOHN J. BALLARD, JR. v. JOANNA SCHOENBERG.

October 11, 1988.

Petition for certification denied.   (See 224 *N.J.Super.* 661)